FILED
JAN 27 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> , <br><br> Defendant. | Case No. ED10-28M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern Dist. CA._ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

    The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • _unknown community ties;_ • _unknown bail resources. Failure to comply w/ terms_

and/or

B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on: UNDERLYING ALLEGATION; CRIMINAL HISTORY.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: 1/27/10

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE